253 So.2d 66

Douglas S. CARR

v.

PELICAN REMODELERS, INC.

No. 51676.

Oct. 15, 1971.

In re: Pelican Remodelers, Inc., applying for certiorari, or writ of review to the Court of Appeals, Fourth Circuit, Parish of Orleans. 250 So.2d 220.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

253 So.2d 66

Geneva BROWN, Widow of Robert Brown

v.

KAISER ALUMINUM & CHEMICAL CORPORATION.

No. 51678.

Oct. 15, 1971.

In re: Kaiser Aluminum & Chemical Corporation, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Bernard. 250 So.2d 99.

Writ denied. On the facts found by the Court of Appeal there is no error of law in the judgment.